```
                                                              FILED
                                                       U.S. DISTRICT COURT
         IN THE UNITED STATES DISTRICT COURT            MIDDLE GEORGIA
            FOR THE MIDDLE DISTRICT OF GEORGIA
                    ALBANY DIVISION              2009 MAR 25  AM 11 52
```

FRANK SOLOMON FEDD, SR.,

    Plaintiff,

v.                                    1:08-CV-110 (WLS)

Warden THOMAS AMMONS, *et al.*,

    Defendants.

## ORDER

Before the Court is the Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed July 29, 2008. (Doc. 7). It is recommended that Plaintiff's Motion for Preliminary Injunction be denied because the facts have not been sufficiently developed enough to determine whether Plaintiff has a substantial likelihood of success on the merits. *Id*. No objection has been filed to date.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 7) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. 3) is **DENIED**.

SO ORDERED, this 24th day of March, 2009.

                                                             THE HONORABLE W. LOUIS SANDS,
                                                            UNITED STATES DISTRICT JUDGE