IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

FRANK SOLOMON FEDD, SR.,           :
                                    :
    Plaintiff,                      :
                                    :
v.                                  :        1:08-CV-110(WLS)
                                    :
THOMAS AMMONS and                   :
ELAINE HUTTO,                       :
                                    :
    Defendants.                     :
                                    :

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed November 24, 2008. (Doc. 28). It is recommended that Defendant's Motion to Dismiss (Doc. 20) be granted and that Plaintiff's action be dismissed for failure to exhaust administrative remedies. Plaintiff concedes that he has not exhausted administrative remedies and agrees to dismissal of his Complaint without prejudice. No objection has been filed to date.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 28) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant's Motion to Dismiss (Doc. 20) is **GRANTED** and Plaintiff's action is **DISMISSED without prejudice** for failure to exhaust administrative remedies.

The following motions are **DENIED without prejudice as moot**: Defendant's Motion to Stay Discovery (Doc. 17); Plaintiff's Motion to Appoint Counsel (Doc. 18); Motion to Dismiss (Doc. 16).

1

**SO ORDERED**, this \_\_3rd\_\_ day of June, 2009.

_/s/ W. Louis Sands_
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

2